## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

B13080123

| | |
|---|---|
| IN RE: ] | |
| ] | Case Number 12-06717 |
| **Sonia S Watson** ] | CH 13 |
| *aka* **Sonia S Laing**. ] | Honorable Judge A. Benjamin |
| ] | |

## WITHDRAWAL OF NOTICE OF FINAL CURE

Illinois Housing Development Authority, by and through its attorneys, hereby withdraws its Notice of Final Cure filed on September 11, 2013.

/s/ Nisha Parikh
Attorney for Creditor

Dated: September 11, 2013

FREEDMAN ANSELMO LINDBERG LLC

1771 W. Diehl Rd., Ste 150

Naperville, IL 60563-4947

630-453-6960    866-402-8661

630-428-4620 (fax)

Attorney No.   Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232

## PROOF OF SERVICE BY MAIL

THE UNDERSIGNED, being first duly sworn on oath, deposes and says that he served a copy of this notice by mailing a copy to the above named parties at the above named addresses and depositing the same in the U.S. Mail at Naperville, Illinois 60563, with postage prepaid, on September 11, 2013.

/s/Jennell Powell

**Sonia S Watson,** 2605 N. Augusta Dr., Wadsworth, IL 60083

**Yisroel Y Moskovits,** Robert J. Semrad & Associates, LLC, 20 S. Clark St. Chicago, IL 60603

**Glenn B Stearns,** 801 Warrenville Road, Suite 650, Lisle, IL 60532

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**